**Exhibit B**
**Plaintiff's work history**

| SiteLocation | SiteCity | SiteSt | FirstYrId | LastYrId |
|---|---|---|---|---|
| Chevrolet GMC Plant | Janesville | WI | 1963 | 1965 |
| University Of Wisconsin Madison | Madison | WI | 1965 | 1975 |
| University of Wisconsin Fine Arts Building | Milwaukee | WI | 1965 | 1975 |
| Lakeside Aluminum Shell Plant | Menomonie | WI | 1948 | 1950 |
| National Presto | Eau Claire | WI | 1949 | 1959 |
| Pope & Talbot Brown | Eau Claire | WI | 1954 | 1975 |
| Alma Power Station | Alma | WI | 1955 | 1964 |
| 3 M | Menomonie | WI | 1976 | 1989 |
| Wisconsin State University | Madison | WI | 1953 | 1965 |